Garth LANSAW & Deborah Lansaw, Petitioners

v.

Frank ZOKAITES d/b/a Zokaites Contracting, Inc., d/b/a Zokaites Properties, L.P., Zokaites Contracting, Inc., d/b/a Zokaites Properties, L.P.; Zokaites Properties, L.P. d/b/a Zokaites Contracting, Inc., Jeffrey Hulton, Esquire F/d/b/a Brandt, Milnes & Rea, P.C.; and Brandt, Milnes & Rea, P.C., Respondents

No. 263 WAL 2017

Supreme Court of Pennsylvania.

December 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of December, 2017, the Petition for Allowance of Appeal and Application for Stay are **DENIED.**